IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LAMAR FLYNN, #160 950 | * | |
| Plaintiff, | * | |
| v. | * | 2:04-CV-239-DRB |
| | | WO |
| JERRY SCOTT, *et al.*, | * | |
| Defendants. | * | |

_____

**FINAL JUDGMENT**

In accordance with the *Memorandum Opinion* filed herewith in this case, it is the **ORDER, JUDGMENT, and DECREE** of the Court that:

1. Defendants' Motion for Summary Judgment (Doc. No. 10) is GRANTED;

2. Judgment is ENTERED in favor of Defendants and against Plaintiff;

3. This case is DISMISSED with prejudice; and

4. The costs of this proceeding are TAXED against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 8th day of May 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE